# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Hallmark Licensing, LLC

                                        Plaintiff,

v.                                                Case No.: 1:22−cv−05611

                                                Honorable Manish S. Shah

The Partnerships and Unincorporated Associations Identified on Schedule A

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 22, 2022:

       MINUTE entry before the Honorable Manish S. Shah: Defendant Zenginn filed a response to the motion for a preliminary in junction through its operator, an individual unrepresented by counsel. Entities may not appear in federal court without counsel. The response is not a proper response. No other defendants have appeared or objected to the motion for a preliminary injunction. Although the court has doubts about personal jurisdiction over defendants who did not actually ship product to Illinois, the absence of a proper objection and plaintiff's submissions to date establish that a preliminary injunction should issue. The reasons justifying the TRO continue to support a preliminary injunction. The motion [26] is granted. The court advises plaintiff to promptly evaluate the defendants and consider the statements attempted to be filed by Zenginn. Enter preliminary injunction. The Clerk is directed to unseal any previously sealed documents in this matter. Plaintiff's counsel is directed to add all defendants listed on Schedule A to the court's docket within three business days. Instructions on how to do so may be located on the court's website at www.ilnd.uscourts.gov/instructions. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.